JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. JEFFREY COWAN LIND,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br>　　　Defendants. | CV 20-9207 DSF (RAOx)<br><br>Order REMANDING Case |

　　To the degree that the Court can interpret Jefferey Cowan Lind's filings, it appears that he has removed a criminal prosecution against him from the Santa Barbara Superior Court (<u>People v. Lind</u>, 20CR06050).  Lind has failed to establish this Court's jurisdiction and it appears that there is no jurisdiction.  Therefore, the case is REMANDED to the Superior Court of California, County of Santa Barbara.

　　IT IS SO ORDERED.


Date: October 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge